IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Paige Moore, | ) | C/A No. 3:18-1093-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Allen University; Dr. Ernest McNealy, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff, Paige Moore, filed this civil action in April 2018.[1]  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On April 24, 2018, the court issued a Scheduling Order that set a dispositive motions deadline of December 4, 2018. (ECF No. 6.)  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.  The parties are directed to inform the court in writing of the status of this case on or before **December 19, 2018** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

December 12, 2018                                 Paige J. Gossett
Columbia, South Carolina                     UNITED STATES MAGISTRATE JUDGE

---

[1] The defendants removed this matter from the Richland County Court of Common Pleas.